UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR409 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| ZACHARY BORNHOFT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and Memorandum Brief (Filing No. 41). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On May 24, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841 and 853, Title 18, United States Code, Sections 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I, II and III of the Information filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in one green 1996 Jeep Grand Cherokee, VIN 1J4EZ58S4TC111341, $1,814.00 in United States currency, one Cal Tech .32 caliber semi-automatic handgun, serial number 31831, four live .32 caliber rounds and one empty .32 caliber magazine , were forfeited to the United States.

2. On June 7, 14 and 21, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the

validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on July 19, 2007 (Filing No. 39).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 41) is hereby sustained.

B. All right, title and interest in and to the one green 1996 Jeep Grand Cherokee, VIN 1J4EZ58S4TC111341, $1,814.00 in United States currency, one Cal Tech .32 caliber semi-automatic handgun, serial number 31831, four live .32 caliber rounds and one empty .32 caliber magazine, held by any person or entity, are hereby forever barred and foreclosed.

C. The one green 1996 Jeep Grand Cherokee, VIN 1J4EZ58S4TC111341, $1,814.00 in United States currency, one Cal Tech .32 caliber semi-automatic handgun, serial number 31831, four live .32 caliber rounds and one empty .32 caliber magazine, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 23rd day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge